## Meyers v. Saltry.

(Decided April 27, 1915.)

Appeal from Jefferson Circuit Court
(Common Pleas Branch, Third Division).

Appeal and Error—Practice—In This Court—Record—When May Be Supplied.—After an opinion has been handed down, a rehearing

will not be granted for the purpose of allowing the appellant to file an additional record, although it may be to permit the appellee to supplement the record.

R. A. McDOWELL and MATT O'DOHERTY for motion.

R. C. KINKEAD against motion.

OPINION OF THE COURT BY JUDGE CARROLL—Denying motion to file record.

The opinion in this case was handed down March 11, 1915, and may be found in 163 Ky., 481. We are asked, in a petition for a rehearing, accompanied by motion and affidavits, to set aside the submission of the case, withdraw the opinion, and permit a record to be filed that was not a part of the record when the case was disposed of.

The exceptional circumstances attending this motion strongly persuade us to grant it, but in view of the uniform ruling of this court in refusing similar requests it must be denied. Christopher v. Searcy, 12 Bush, 171; Yeager v. Groves, 78 Ky., 278; Martin v. Royse, 21 Ky; L. R., 1353; McGerty v. McGerty, 21 Ky. L. R., 1366; Leonard v. Cowling, 121 Ky., 631; Louisville Bridge Co. v. Neafus, 110 Ky., 571.

A different rule prevails when a motion is made by appellee to file an additional record after an opinion has been handed down and before the petition for a rehearing has been disposed of. Chesapeake & Ohio R. Co. v. Kelly, 161 Ky., 660; Miller Creek R. R. Co. v. Barnett, 160 Ky., 845.

Motion denied.